Jarod Bona (234327)
Aaron Gott (314264)
Bona Law PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
(858) 964-4589
(858) 964-2301 (fax)
jarod.bona@bonalawpc.com
aaron.gott@bonalawpc.com

*Attorneys for Defendants*
*Taitsu Corporation and Taitsu America, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| The AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee,<br><br>        Plaintiff,<br><br>    vs.<br><br>AVX Corporation et al.,<br><br>        Defendants. | Case No.: 3:17-cv-03472-EMC<br><br>**Stipulation and [Proposed] Order Extending the Deadline for Taitsu Corporation and Taitsu America, Inc. to File an Answer** |

Pursuant to Civil Local Rule 6-2, Defendants Taitsu Corporation and Taitsu America, Inc. (collectively, the "Stipulating Defendants"), and Plaintiff The AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI") respectfully request that the Court enter the parties' stipulation below that extends the time for each of the Stipulating Defendants to file an answer to AASI's Complaint ("Complaint") (ECF No. 1).

## FACTUAL BACKGROUND TO PARTIES' STIPULATION

In support of this stipulation, the undersigned parties provide the following facts, which are verified in the supporting Declaration of Aaron Gott filed concurrently herewith:

1. On August 29, 2016, AASI filed a Complaint in the United States District Court, Southern District of Florida. (ECF No. 1.)

2. On December 29, 2016, the Court in the Southern District of Florida ordered that Defendants respond to the Complaint within 45 days of the Court's order on Defendant's motion to transfer this action to the United States District Court, Northern District of California. (ECF No. 55.)

3. On June 14, 2017, the Court in the Southern District of Florida ordered that this action be transferred to the Northern District of California. (ECF No. 105.)

4. On July 14, 2017, this action was reassigned to this Court from Magistrate Judge Laurel Beeler. (ECF No. 137.)

5. On July 20, 2017, an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") was filed in *In re Capacitors Antitrust Litigation*, Master File No. 3:14-cv-03264-JD, requesting that this action be related to *In re Capacitors Antitrust Litigation* and assigned to District Judge James Donato. (Master File No. 3:14-cv-03264-JD, ECF No. 1757.) Other related cases have previously been transferred to Judge Donato.

6. The Stipulating Defendants' current deadline to respond to the Complaint is July 31, 2017.

7. Counsel for the Stipulating Defendants have informed counsel for AASI that the Stipulating Defendants will file an answer to the Complaint. AASI has therefore

agreed to extend the time for each of the Stipulating Defendants to file an answer to September 29, 2017.

8. The parties believe that the interests of judicial economy and efficiency will be well served by extending the time for the Stipulating Defendants to file an answer to the Complaint.

## STIPULATION

In light of these facts, the undersigned parties jointly request that the Court enter the following stipulation as an Order of the Court: The deadline for each of the Stipulating Defendants to file an answer to the Complaint is extended to September 29, 2017.

IT IS SO STIPULATED.

DATED: July 28, 2017                    BONA LAW PC

                                        */s/ Aaron Gott*
                                        AARON GOTT

                                        Jarod Bona
                                        Aaron Gott
                                        4275 Executive Square, Suite 200
                                        La Jolla, CA 920370
                                        (858) 964-4589
                                        (858) 964-2301 (fax)
                                        jarod.bona@bonalawpc.com
                                        aaron.gott@bonalawpc.com

                                        *Attorneys for Defendants*
                                        *Taitsu Corporation and Taitsu America, Inc.*

DATED: July 28, 2017                    BILZIN SUMBERG BAENA PRICE &
                                            AXELROD LLP

                                        */s/ Scott N. Wagner*
                                        SCOTT N. WAGNER

                                        Robert W. Turken (admitted *pro hac vice*)
                                        Scott N. Wagner (admitted *pro hac vice*)
                                        Lori P. Lustrin (admitted *pro hac vice*)
                                        1450 Brickell Ave., Suite 2300
                                        Miami, Florida 33131-3456
                                        (305) 374-7580
                                        (305) 374-7593 (fax)

rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com

ZELLE LLP
Judith A. Zahid
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
(415) 693-0700
(415) 693-0770 (fax)
jzahid@zelle.com

*Attorneys for Plaintiff The AASI*
  *Beneficiaries' Trust, by and through*
  *Kenneth A. Welt, Liquidating Trustee*

## ECF ATTESTATION

I, Aaron Gott, am the ECF User whose ID and Password are being used to file this motion. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories has concurred in this filing.

DATED: July 28, 2017            BONA LAW PC

                                */s/ Aaron Gott*
                                AARON GOTT

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 7/31/17

_____
The Honorable
United States