PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
IAN K. BAUSBACK (CA SBN 299249)
IBausback@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JEFFREY A. JAECKEL (*pro hac vice* application pending)
JJaeckel@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW, Suite 6000
Washington, District of Columbia 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763

Attorneys for Defendant
FUJITSU LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE AASI BENEFICIARIES' TRUST, BY AND THROUGH KENNETH A. WELT, LIQUIDATING TRUSTEE, <br><br> Plaintiff, <br><br> vs. <br><br> AVX CORPORATION; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; SANYO ELECTRIC CO., LTD.; SANYO NORTH AMERICA CORPORATION; NEC TOKIN CORPORATION; NEC TOKIN AMERICA, INC.; NIPPON CHEMI-CON CORPORATION; UNITED CHEMI-CON, INC.; HITACHI CHEMICAL CO., LTD.; HITACHI AIC INC.; HITACHI CHEMICAL CO. AMERICA, LTD.; FUJITSU LTD.; NICHICON CORPORATION; NICHICON (AMERICA) CORPORATION; KEMET CORPORATION; KEMET ELECTRONICS CORPORATION; RUBYCON CORPORATION; RUBYCON | Case No. 3:17-cv-03472-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR CERTAIN DEFENDANTS TO FILE AN ANSWER** |

| | |
|---|---|
| 1 | AMERICA INC.; ELNA CO., LTD.; ELNA AMERICA INC.; MATSUO ELECTRIC |
| 2 | CO., LTD.; TOSHIN KOGYO CO., LTD.; HOLY STONE ENTERPRISE CO., LTD.; |
| 3 | MILESTONE GLOBAL TECHNOLOGY, INC. (D/B/A HOLYSTONE |
| 4 | INTERNATIONAL); VISHAY POLYTECH CO., LTD.; ROHM CO., |
| 5 | LTD.; ROHM SEMICONDUCTOR U.S.A., LLC; OKAYA ELECTRIC INDUSTRIES |
| 6 | CO., LTD.; OKAYA ELECTRIC AMERICA, INC.; TAITSU |
| 7 | CORPORATION; TAITSU AMERICA, INC.; SHINYEI KAISHA; SHINYEI |
| 8 | TECHNOLOGY CO., LTD.; SHINYEI CAPACITOR CO., LTD.; SHINYEI |
| 9 | CORPORATION OF AMERICA, INC.; NITSUKO ELECTRONICS |
| 10 | CORPORATION; NISSEI ELECTRIC CO., LTD.; SHIZUKI ELECTRIC CO., LTD.; |
| 11 | SOSHIN ELECTRIC CO., LTD.; AND SOSHIN ELECTRONICS OF AMERICA, |
| 12 | INC., |
| 13 | Defendants. |

Pursuant to Civil Local Rule 6-2, Defendants Fujitsu Limited, TOKIN Corporation, TOKIN America Inc., KEMET Corporation, and KEMET Electronics Corporation (collectively, the "Stipulating Defendants"), and Plaintiff The AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI"), respectfully request that the Court enter the parties' stipulation below that extends the time for each of the Stipulating Defendants to file an answer to AASI's Complaint ("Complaint") (ECF No. 1).

**FACTUAL BACKGROUND TO PARTIES' STIPULATION**

In support of this stipulation, the undersigned parties provide the following facts, which are verified in the supporting Declaration of Ian K. Bausback filed concurrently herewith:

1. On August 29, 2016, AASI filed a Complaint in the United States District Court, Southern District of Florida. (ECF No. 1.)

2. On December 29, 2016, the Court in the Southern District of Florida ordered that Defendants respond to the Complaint within 45 days of the Court's order on Defendant's motion to transfer this action to the United States District Court, Northern District of California. (ECF No. 55.)

3. On June 14, 2017, the Court in the Southern District of Florida ordered that this action be transferred to the Northern District of California. (ECF No. 105.)

4. On July 14, 2017, this action was reassigned to this Court from Magistrate Judge Laurel Beeler. (ECF No. 137.)

5. On July 20, 2017, an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") was filed in *In re Capacitors Antitrust Litigation*, Master File No. 3:14-cv-03264-JD, requesting that this action be related to *In re Capacitors Antitrust Litigation* and assigned to District Judge James Donato. (Master File No. 3:14-cv-03264-JD, ECF No. 1757.) Other related cases have previously been transferred to Judge Donato.

6. The Stipulating Defendants' current deadline to respond to the Complaint is July 31, 2017.

7. Counsel for the Stipulating Defendants have informed counsel for AASI that the Stipulating Defendants will each file an answer to the Complaint. AASI has therefore agreed to extend the time for each of the Stipulating Defendants to file an answer to September 29, 2017.

8. The parties believe that the interests of judicial economy and efficiency will be well served by extending the time for each of the Stipulating Defendants to file an answer to the Complaint.

**STIPULATION**

In light of these facts, the undersigned parties jointly request that the Court enter the following stipulation as an Order of the Court: The deadline for each of the Stipulating Defendants to file an answer to the Complaint is extended to September 29, 2017.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: July 27, 2017 | MORRISON & FOERSTER LLP |

By:   /s/ *Paul T. Friedman*
       Paul T. Friedman

    Paul T. Friedman
    Ian K. Bausback
    425 Market Street
    San Francisco, California 94105-2482
    Telephone: 415.268.7000
    Facsimile: 415.268.7522
    Email: PFriedman@mofo.com
    Email: IBausback@mofo.com

    Jeffrey A. Jaeckel (*pro hac vice* application pending)
    2000 Pennsylvania Avenue, NW Suite 6000
    Washington, District of Columbia 20006
    Telephone: 202.887.1500
    Facsimile: 202.887.0763
    Email: JJaeckel@mofo.com

*Attorneys for Defendant Fujitsu Limited*

| | | |
|---|---|---|
| 1 | Dated: July 27, 2017 | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
| 2 | | |
| 3 | | By:   /s/ *Scott N. Wagner* |
| 4 | |       Scott N. Wagner |

Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: (305) 374-7580
Facsimile: (305) 374-7593
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com

Judith A. Zahid
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: jzahid@zelle.com

*Attorneys for Plaintiff The AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee*

| | | |
|---|---|---|
| Dated: July 27, 2017 | | PILLSBURY WINTHROP SHAW PITTMAN LLP |

By:  /s/ *Roxane A. Polidora*
　　　Roxane A. Polidora

Roxane A. Polidora
Jacob R. Sorensen
Laura C. Hurtado
Four Embarcadero Center, 22nd Floor
San Francisco, CA  94111
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
roxane.polidora@pillsburylaw.com
jake.sorensen@pillsburylaw.com
laura.hurtado@pillsburylaw.com

*Attorneys for Defendants*
*KEMET Corporation, KEMET Electronics Corporation, TOKIN Corporation, and TOKIN America Inc.*

**ECF ATTESTATION**

I, Ian Bausback, am the ECF User whose ID and Password are being used to file this stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories has concurred in this filing.

Dated: July 27, 2017  MORRISON & FOERSTER LLP

By: /s/ *Ian K. Bausback*
Ian K. Bausback

Paul T. Friedman
Ian K. Bausback
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: PFriedman@mofo.com
Email: IBausback@mofo.com

Jeffrey A. Jaeckel (*pro hac vice* application pending)
2000 Pennsylvania Avenue, NW Suite 6000
Washington, District of Columbia 20006
Telephone: 202.887.1500
Facsimile: 202.887.0763
Email: JJaeckel@mofo.com

*Attorneys for Defendant Fujitsu Limited*

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/31/17 _____
 ED M. CHEN

IT IS SO ORDERED
Judge Edward M. Chen