**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com
*Attorneys for AASI*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:*<br><br>*The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.*, Case No. 17-cv-03472 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff, the AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI") and Defendant Shizuki Electric Co., Inc. ("Shizuki") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. AASI and Shizuki seek the dismissal of this action against Shizuki with prejudice.

2. AASI and Shizuki agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of AASI against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Shizuki only.

*/s/Robert W. Turken*
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice*)
Jerry R. Goldsmith (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
jgoldsmith@bilzin.com
*Counsel for AASI*

*/s/ Allison A. Davis*
Allison A. Davis
Sanjay M. Nangia
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, CA 94111-6538
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
allisondavis@dwt.com
sanjaynangia@dwt.com

*Counsel for Defendant Shizuki Electric Co., Inc.*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**ECF ATTESTATION**

I, Robert W. Turken, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: February 22, 2019

By: */s/ Robert W. Turken*
Robert W. Turken

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 1, 2019

_____
UNITED STATES DISTRICT JUDGE