1  **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
   Robert W. Turken (*pro hac vice*)
2  Scott N. Wagner (*pro hac vice*)
   Lori P. Lustrin  (*pro hac vice*)
3  Shalia M. Sakona (*pro hac vice*)
   Jerry R. Goldsmith (*pro hac vice*)
4  1450 Brickell Avenue
5  Suite 2300
   Miami, FL 33131-3456
6  Telephone: (305) 374-7580
   Email: rturken@bilzin.com
7  Email: swagner@bilzin.com
8  Email: llustrin@bilzin.com
   Email: ssakona@bilzin.com
9  Email: jgoldsmith@bilzin.com
10 *Attorneys for AASI*

11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15

16 *In re Capacitors Antitrust Litigation*
17                                                 **Case No. 17-md-02801-JD**

18 *This document relates to:*
19                                                 **STIPULATION AND [~~PROPOSED~~]**
                                                   **ORDER OF DISMISSAL**
20 *The AASI Beneficiaries' Trust, by and*
   *Through Kenneth A. Welt, Liquidating*
21 *Trustee, v. AVX Corp. et al.*, Case No. 17-
   cv-03472
22

23

24

25

26

27

28
                STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
                               17-md-2801-JD

1    Plaintiff, the AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating

2 Trustee ("AASI") and Defendant Nitsuko Electronics Corporation ("Nitsuko") pursuant to Rule

3 Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the

4 present action with prejudice and state as follows:

5    1.    AASI and Nitsuko seek the dismissal of this action against Nitsuko with

6 prejudice.

7    2.    AASI and Nitsuko agree that each party shall bear its own costs and attorneys'

8 fees in connection with these actions.

9    3.    This stipulation does not affect the rights or claims of AASI against any other

10 defendant or alleged co-conspirator in this litigation.

11    WHEREFORE, the parties respectfully request that this Court issue an Order of

12 Dismissal against Nitsuko only.

13    **IT IS SO STIPULATED**

14 Dated: April 16, 2019

15

16 */s/ Scott N. Wagner*                                      */s/  Belinda S Lee*
   Robert W. Turken (admitted *pro hac vice*)      Belinda S Lee (CA Bar No. 199635)

17 Scott N. Wagner (admitted *pro hac vice*)       Ashley M. Bauer (CA Bar No. 231626)
   Lori P. Lustrin (admitted *pro hac vice*)        Katherine M. Larkin-Wong (CA Bar No.

18 Shalia M. Sakona (admitted *pro hac vice)*      281038)
   Jerry R. Goldsmith (admitted *pro hac vice*)   Cameron J. Clark (CA Bar No. 313039)

19 **BILZIN SUMBERG BAENA PRICE &**            **LATHAM & WATKINS LLP**
   **AXELROD LLP**                                    505 Montgomery Street, Suite 2000

20 1450 Brickell Ave., Suite 2300                     San Francisco, California 94111-6538

21 Miami, Florida 33131-3456                          Telephone: +1.415.391.0600
   Telephone:  305-374-7580                          Facsimile: +1.415.395.8095

22 Facsimile:  305-374-7593                           belinda.lee@lw.com
   rturken@bilzin.com                                 ashley.bauer@lw.com

23 swagner@bilzin.com                                 katherine.larkin-wong@lw.com
   llustrin@bilzin.com                                cameron.clark@lw.com

24 ssakona@bilzin.com

25 jgoldsmith@bilzin.com                              *Counsel for Defendant Nitsuko Electronics*
   *Counsel for AASI*                                 *Corporation*

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL
17-md-2801-JD

1

2                                          **ECF ATTESTATION**

3          I, Scott N. Wagner, an ECF User whose ID and Password are being used to file

4    STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

5          In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in

6    this filing.

7

8    DATED: April 16, 2019

9                                                        By:    */s/ Scott N. Wagner*
                                                                Scott N. Wagner
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                        STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
                                        17-md-2801-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>May 1, 2019</u>        

_____
UNITED STATES DISTRICT JUDGE