**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com

*Attorneys for AASI*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| *This document relates to:* *The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.*, Case No. 17-cv-03472 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff, the AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI") and Defendants ROHM Co., Ltd. and ROHM Semiconductor, U.S.A., LLC (together "ROHM") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. AASI and ROHM seek the dismissal of this action against ROHM with prejudice.

2. AASI and ROHM agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of AASI against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against ROHM only.

**IT IS SO STIPULATED**

Dated: June 27, 2019

| | |
|---|---|
| */s/ Scott N. Wagner* | */s/ Michael F. Tubach* |
| Robert W. Turken (admitted *pro hac vice*) | Michael F. Tubach (CA Bar No. 145955) |
| Scott N. Wagner (admitted *pro hac vice*) | Kenneth O'Rourke (CA Bar No. 120144) |
| Lori P. Lustrin (admitted *pro hac vice*) | Megan Havstad (CA Bar No. 287938) |
| Shalia M. Sakona (admitted *pro hac vice)* | **O'MELVENY & MYERS LLP** |
| Jerry R. Goldsmith (admitted *pro hac vice*) | Two Embarcadero Center, 28th Floor |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | San Francisco, CA 94111 |
| 1450 Brickell Ave., Suite 2300 | mtubach@omm.com |
| Miami, Florida 33131-3456 | Korourke@omm.com |
| Telephone:  305-374-7580 | mhavstad@omm.com |
| Facsimile:  305-374-7593 | Telephone: (415) 984-8700 |
| rturken@bilzin.com | Facsimile: (415) 984-8701 |
| swagner@bilzin.com | *Counsel for Defendants ROHM Co., Ltd. and ROHM Semiconductor U.S.A., LLC* |
| llustrin@bilzin.com | |
| ssakona@bilzin.com | |
| jgoldsmith@bilzin.com | |
| *Counsel for AASI* | |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**ECF ATTESTATION**

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: June 27, 2019

By: _*/s/ Scott N. Wagner*_
Scott N. Wagner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: <u>July 18, 2019</u>

_____
UNITED STATES DISTRICT JUDGE