**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
Robert W. Turken (*pro hac vice*)
Scott N. Wagner (*pro hac vice*)
Lori P. Lustrin  (*pro hac vice*)
Shalia M. Sakona (*pro hac vice*)
Jerry R. Goldsmith (*pro hac vice*)
1450 Brickell Avenue
Suite 2300
Miami, FL 33131-3456
Telephone: (305) 374-7580
Email: rturken@bilzin.com
Email: swagner@bilzin.com
Email: llustrin@bilzin.com
Email: ssakona@bilzin.com
Email: jgoldsmith@bilzin.com

*Attorneys for AASI*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 17-md-02801-JD** |
| This document relates to: *The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.*, Case No. 17-cv-03472 | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiff, the AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI") and Defendants Okaya Electric Industries Co., Ltd. and Okaya Electric America, Inc. (together "Okaya") pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. AASI and Okaya seek the dismissal of this action against Okaya with prejudice.

2. AASI and Okaya agree that each party shall bear its own costs and attorneys' fees in connection with these actions.

3. This stipulation does not affect the rights or claims of AASI against any other defendant or alleged co-conspirator in this litigation.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against Okaya only.

**IT IS SO STIPULATED**

Dated: July 2, 2019

*/s/ Scott N. Wagner*
Robert W. Turken (admitted *pro hac vice*)
Scott N. Wagner (admitted *pro hac vice*)
Lori P. Lustrin (admitted *pro hac vice*)
Shalia M. Sakona (admitted *pro hac vice)*
Jerry R. Goldsmith (admitted *pro hac vice*)
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., Suite 2300
Miami, Florida 33131-3456
Telephone: 305-374-7580
Facsimile: 305-374-7593
rturken@bilzin.com
swagner@bilzin.com
llustrin@bilzin.com
ssakona@bilzin.com
jgoldsmith@bilzin.com
*Counsel for AASI*

*/s/ Darrell Prescott*
Darrell Prescott (Admitted *Pro Hac Vice*)
Darrell.prescott@bakermckenzie.com
Catherine Y. Stillman, State Bar No. 2542440
catherine.stillman@bakermckenzie.com
**BAKER & McKENZIE LLP**
452 Fifth Avenue
New York, NY 10018
Telephone: (212) 626 4476
Facsimile: (212) 310 1637

Meghan E. Hausler (Admitted *Pro Hac Vice*)
meghan.hausler@bakermckenzie.com
**BAKER & McKENZIE LLP**
1900 North Pearl Street
Suite 1500
Dallas, TX 75201
Telephone: (214) 965 7219
Facsimile: (214) 978 5937
*Counsel for Defendants*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

*OKAYA ELECTRIC INDUSTRIES CO., LTD. and*
*OKAYA ELECTRIC AMERICA, INC.*

## ECF ATTESTATION

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for has concurred in this filing.

DATED: July 2, 2019

By: ___*/s/ Scott N. Wagner*___
Scott N. Wagner

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
17-md-2801-JD

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 18, 2019

_____
UNITED STATES DISTRICT JUDGE