1  **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
   Robert W. Turken (*pro hac vice*)
2  Scott N. Wagner (*pro hac vice*)
   Lori P. Lustrin (*pro hac vice*)
3  Shalia M. Sakona (*pro hac vice*)
   Ilana Drescher (*pro hac vice*)
4  1450 Brickell Avenue
   Suite 2300
5  Miami, FL 33131-3456
   Telephone: (305) 374-7580
6  Email: rturken@bilzin.com
   Email: swagner@bilzin.com
7  Email: llustrin@bilzin.com
   Email: ssakona@bilzin.com
8  Email: idrescher@bilzin.com

*Attorneys for AASI*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Capacitors Antitrust Litigation* | **Case No. 3:17-md-2801-JD** |
| *This document relates to:*<br><br>*The AASI Beneficiaries' Trust, by and Through Kenneth A. Welt, Liquidating Trustee, v. AVX Corp. et al.*, Case No. 17-md-2801-JD | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Plaintiffs the AASI Beneficiaries' Trust, by and through Kenneth A. Welt, Liquidating Trustee ("AASI") and Defendant AVX Corporation ("AVX"), pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure hereby stipulate to the dismissal of the present action with prejudice and state as follows:

1. AASI and AVX seek the dismissal of this action against AVX with prejudice.

2. AASI and AVX agree that each party shall bear its own costs and attorneys' fees in connection with this action.

3. This stipulation does not affect the rights or claims of AASI against any other defendant or alleged co-conspirator in this action.

WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal against AVX only.

| | |
|---|---|
| /s/ Scott N. Wagner | /s/ Robert G. Kidwell |
| Robert W. Turken (admitted *pro hac vice*) | Evan S. Nadel |
| Scott N. Wagner (admitted *pro hac vice*) | 44 Montgomery Street, 36th Floor |
| Lori P. Lustrin (admitted *pro hac vice*) | San Francisco, CA 94104 |
| Shalia M. Sakona (admitted *pro hac vice)* | Telephone: (415) 432-6000 |
| Ilana Drescher (admitted *pro hac vice*) | Facsimile: (415) 432-6001 |
| **BILZIN SUMBERG BAENA PRICE & AXELROD LLP** | enadel@mintz.com |
| 1450 Brickell Ave., Suite 2300 | Bruce D. Sokler (admitted *pro hac vice*) |
| Miami, Florida 33131-3456 | Robert G. Kidwell (admitted *pro hac vice*) |
| Telephone: 305-374-7580 | 701 Pennsylvania Avenue NW, Suite 900 |
| rturken@bilzin.com | Washington, DC 2004 |
| swagner@bilzin.com | Telephone: (202) 434-7300 |
| llustrin@bilzin.com | Facsimile: (202) 434-7400 |
| ssakona@bilzin.com | Bdsokler@mintz.com |
| idrescher@bilzin.com | Rgkidwell@mintz.com |
| *Attorneys for AASI* | *Attorneys for Defendant AVX Corporation* |

**ECF ATTESTATION**

I, Scott N. Wagner, an ECF User whose ID and Password are being used to file STIPULATION AND [PROPOSED] ORDER OF DISMISSAL.

In compliance with Civil Local Rule 5-1, I hereby attest that counsel for AVX has concurred in this filing.

DATED: August 12, 2022

By: ___/s/ Scott N. Wagner___
Scott N. Wagner

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated: August 17, 2022

